# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

156403

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DENZEL ARTHUR SIMMONS,
          Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 156403
COA: 337087
Wayne CC: 12-007320-FC

       On order of the Court, the application for leave to appeal the July 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



s0128

Clerk